# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:05CR277 |
| ) | WRIT OF EXECUTION |
| vs. ) | **FILED** |
| ) | CHARLOTTE, NC |
| PETER ISKANDER, ) | |
| aka/AMIR ISK ANDER. ) | DEC - 5 2007 |

**TO THE UNITED STATES MARSHAL**     U.S. DISTRICT COURT
**and Bank of America Corporation:**     WESTERN DISTRICT OF NC

A judgment was entered on June 23, 2006, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Peter Iskander aka/Amir Isk Ander, whose last known address is Charlotte, North Carolina, in the sum of $1,535,470.00.

Since entry of judgment, $550.00 in payments have been made, leaving a balance of $1,529,834.84 as of December 5, 2007.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Bank of America Corporation is commanded to turn over property in which the defendant, Peter Iskander aka/Amir Isk Ander, has a substantial nonexempt interest, the said property being funds located in Bank of America Corporation accounts including, but not limited to, account numbers XXXXXXXXXXXXXXXX61117, in the name of Peter Iskander and/or Amir Isk Ander, Amir Iskander, Peter Amir Isk Ander at the following address: Bank of America Corporation, 101 South Tryon Street, Charlotte, North Carolina, telephone number 704-386-5478.

Frank G. Johns
Clerk of United States District Court