# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

UNITED STATES OF AMERICA,            )      CASE NO.  3:05CR277

                            )      WRIT OF EXECUTION

         vs.                )      **FILED**

                            )      **CHARLOTTE, NC**

PETER ISKANDER,              )

aka/AMIR ISK ANDER.         )      DEC – 5 2007

                                 **U.S. DISTRICT COURT**
                                 **WESTERN DISTRICT OF NC**

## TO THE UNITED STATES MARSHAL
## and Emigrant Direct, a division of Emigrant Bank:

A judgment was entered on June 23, 2006, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Peter Iskander aka/Amir Isk Ander, whose last known address is Charlotte, North Carolina, in the sum of $1,535,470.00.

Since entry of judgment, $550.00 in payments have been made, leaving a balance of $1,529,834.84 as of December 5, 2007.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Emigrant Direct, a division of Emigrant Bank is commanded to turn over property in which the defendant, Peter Iskander aka/Amir Isk Ander, has a substantial nonexempt interest, the said property being funds located in Emigrant Direct accounts including, but not limited to, accounts in the name of Peter Iskander and/or Amir Isk Ander,  Amir Iskander, Peter Amir Isk Ander at the following address: Emigrant Direct, a division of Emigrant Bank, 13 Croton Avenue, Ossining, New York, 10562, telephone number 914-923-6700.

Frank G. Johns
Clerk of United States District Court